George J. Wall, OSB #93451
gwall@eastpdxlaw.com
1336 E Burnside Street, Suite 130
Portland, Oregon 97214
Telephone: (503) 236-0068
Fax:  (503) 236-0028

Of Attorneys for Plaintiff, Barbara Brown

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BARBARA BROWN, | Case No.  3:11-CV-00777-RE |
| Plaintiff, | |
| v. | |
| | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner, | AWARDING EAJA FEES |
| Social Security Administration, | |
| Defendant. | |

This court has remanded this matter back to the Commissioner for further

proceedings.  The parties above named through their respective attorneys hereby agree

that attorney fees in the amount of $3,789.66 should be awarded to Plaintiff, Barbara

Brown, pursuant to the Equal Access to Justice Act, 28 U.S.C. 2412.

Stipulated to January 17, 2012.


/s/ George J. Wall                        /s/ Thomas M. Elsberry
George J. Wall, OSB # 934515              Thomas M. Elsberry
Attorney for Plaintiff Barbara Brown      Special Assistant United States Attorney
1336 E. Burnside St., Suite 130
Portland OR 97214


*STIPULATION AND ORDER AWARDING EAJA FEES*

Per the stipulation of the parties, the Court orders that attorney fees in the amount of $3,789.66 shall be awarded to plaintiff, Barbara Brown, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Signed: _____    Dated ___02 . 7 . 2012___
          Judge, US District Court, District of Oregon

Order prepared by:

  /s/ George J. Wall
George J. Wall, OSB # 934515
Attorney for Plaintiff Barbara Brown
1336 E. Burnside St., Suite 130
Portland OR 97214

*STIPULATION AND ORDER AWARDING EAJA FEES*